*Due Process Violation - 14th Amendment*
*Constitution Rights - must be Giving an fair opportunity to be heard*

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Kennedy Minnifield (Prose) )
Full name and prison number )
Of Plaintiff(s) )
) 2:20-cv-00798-WHA-CSC
v. Director )
~~~~~~ of Parole Board ) CIVIL ACTION NO._____
Charles Graddick ) (To be supplied by Clerk of
) U.S. District Court)
_____ )
_____ ) RECEIVED
_____ )
_____ ) OCT - 5 2020
_____ )
Name of person(s) who violated ) CLERK
Your constitutional rights. ) U.S. DISTRICT COURT
(List the names of all ) MIDDLE DIST. OF ALA.
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?   YES ( )   NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )   NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) Kennedy Minnifield

            Defendant(s) Director of Parole Board
            Charles Graddick

        2.  Court )if federal court, name the district; if
            state court, name the county)_____

            _____

1

3. Docket number _None_

4. Name of judge to whom case was assigned _NO_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _NO_

6. Approximate date of filing lawsuit _NO_

7. Approximate date of disposition _NO_

II. PLACE OF PRESENT CONFINEMENT _Limestone Co. Fac._

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.
NAME _Charles Graddick_   ADDRESS

1. _Director of Parole Board_ | _Ala Pardons & Parole_
2. ____ | _100 Commerse Blvd_
3. ____ | _St. 310, Montgomery Al_
4. ____ | _36117_
5. ____
6. ____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Not Sure_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:
GROUND ONE: _State Claim → 8th Amendment Rights Violation. Cruel and Unusual Punishment: Constitution, Claim._

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (state as best you can the time, place and manner and person involved)**

Parole Board are in Violation of Section 12-25-32. any Prisoner has not done or actually Served or done at Least 1/3 of his Sentence or 10 years in the State Pententiary Require to do: Power of Abuse. Will not Comply with they own Section 12-25-32.

GROUND TWO: Violated his Constitutional Rights: challenging the Constitutionality of the statues and Laws of Alabama.

SUPPORTING FACTS: Violations his Rights under the Constitution Laws of the United States. Constitution Violation must be heard in open Court. Questions of Law will this Federal Court Review his Case or Claim under 8th Amendment??

GROUND THREE: State Claim - Power of Abuse - Abuse of Power -

SUPPORTING FACTS: Prison System is actually to Suffering From OverCrowding at this time. 8th Amendment and 14th Amendment Violation to the United States Constitution. State Claim - Cruel and unusual Punishment. Minnifield has done 36 years day For day. He has done over the time Parole Board wont. Power of Abuse. Abuse of Power

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Be Giving -1- Fair opportunity to be Release: No Money Wanted. Immediately Release: Reverse any and all Judgment of the Parole Board. Settlement agreement: No Money want. 130651

Kennedy Minnifield
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on ~~~~~ 9·25·20  130651
(Date)

Kennedy Minnifield - Pro-se
Signature of plaintiff(s)

will Federal Court agree with the settlement agreement? with all due Respect: No Money - Grounds for entitlement to Said Relief. Please Giving Minnifield (1.) Fair opportunity to be Release after 36 long years: Under Federal Court Order. Questions of law, "36 long years" Should actually be enough time:)

4

Limestone Co. Jail
28799- Nick Davis Rd
Harvest Al. 35749





02 1P $ 001.60
0000908525  SEP 29 2020
MAILED FROM ZIP CODE 35749

This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Federal Court House for the Middle District
of Montgomery Address.
One Church St. Ste. B-110
Montgomery Al. 36104-4018

Use both
2- Free Stamp
2- Stamps