IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNEDY MINNIFIELD, #130651, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:20-CV-798-WHA |
| CHARLES GRADDICK, | ) |
| Defendant. | ) |

**ORDER**

On October 8, 2020, the Magistrate Judge entered a Recommendation (Doc. #3) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The motion for leave to proceed *in forma pauperis* filed by Plaintiff (Doc. 2) is DENIED.

3. This case is DISMISSED without prejudice in accordance with the provisions of 28 U.S.C. § 1915(g) for Plaintiff's failure to pay the full filing and administrative fees upon initiation of this case.

A separate Final Judgment will be entered.

DONE this 28th day of October, 2020.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE